IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Reed, | No. CV 12-00248-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The court has before it plaintiff's complaint (doc. 1) and the Report and Recommendation of the United States Magistrate Judge (doc. 13), recommending dismissal of this action. Plaintiff filed his complaint on February 6, 2012. On May 29, 2012, the court advised plaintiff that he "must complete and return the service packet to the Clerk of Court within 21 days of the filing of this Order" (doc. 7 at 7). The summons for the three remaining defendants were returned unexecuted. The court issued an order to show cause why this action should not be dismissed, to which plaintiff failed to respond (doc. 12). The Magistrate Judge recommended dismissing this action without prejudice for failure to comply with Rule 4(m), Fed. R. Civ. P., and plaintiff failed to respond.

Dismissal is appropriate pursuant to Rule 4(m), Fed. R. Civ. P., which requires service within 120 days after the complaint is filed. If a defendant is not timely served, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiff was warned that his action could be dismissed if he

1  failed to properly serve defendants.  Not only did he fail to comply with the Federal Rules
2  of Civil Procedure, he also failed to comply with or respond to court orders.
3       **IT IS ORDERED ACCEPTING** the recommendation of the United States
4  Magistrate Judge (doc. 13) and **DISMISSING** this action without prejudice.
5       DATED this 20th day of September, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge